# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:12cv327

| | | |
|---|---|---|
| **TERRY BOYD McENTIRE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MYRA JOHNSON, KIMBERLY** | ) | |
| **GOLD, and ISOTHERMAL** | ) | |
| **COMMUNITY COLLEGE,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Plaintiff brought this action against Defendants asserting a number of claims.  Subsequently, Defendants filed a Motion to Dismiss [# 6].  The Court then granted Plaintiff leave to file a Second Amended Complaint, which Plaintiff filed on May 28, 2013.   The filing of an amended complaint supersedes the original complaint and renders it void of any legal function in the case.  <u>Young v. City of Mount Ranier</u>, 238 F.3d 567, 572 (4th Cir. 2001).  Accordingly, the Court **DENIES as moot** the Motion to Dismiss [# 6].

Signed: June 3, 2013

Dennis L. Howell
United States Magistrate Judge