THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00327-MR-DLH

| | |
|---|---|
| **TERRY BOYD McENTIRE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **ISOTHERMAL COMMUNITY COLLEGE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Court recently established a *Pro Se* Settlement Assistance Program for the Western District of North Carolina to provide civil *pro se* litigants with limited advice and representation at mediated settlement conferences. As the present case is still in the early stages of litigation, the Court finds that the *pro se* Plaintiff in this matter should be given the opportunity to participate in the program prior to the commencement of discovery.

Accordingly, **IT IS, THEREFORE, ORDERED** that:

(1) The Clerk of Court shall send the *pro se* Plaintiff a Notice of Availability of the Settlement Assistance Program; and

(2) The Plaintiff shall have fourteen (14) days to decide whether to participate in the Pro Se Settlement Assistance Program and return the completed Notice form to the Clerk of Court in Asheville.

**IT IS SO ORDERED.**

Signed: December 2, 2013

Dennis L. Howell
United States Magistrate Judge